| | | |
|---|---|---|
| Label Matrix for local noticing<br>0975-1<br>Case 10-01498<br>District of Hawaii<br>Honolulu<br>Fri Aug  6 15:03:05 HST 2010 | OneWest Bank, FSB<br>888 East Walnut Street<br>Pasadena, CA 91101-1802 | USBC Clerk's Office<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813-2830 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | Anne Sadler<br>PO Box 16118<br>Oakland, CA 94610-6118 | BAC Home Loans<br>450 American St. #SV416<br>Simi Valley, CA 93065-6285 |
| BAC Home Loans<br>c/o Peter Stone/Routh Crabtree Olse<br>900 Fort St. Mall, Ste. 305<br>Honolulu, HI 96813-3702 | Chase Home Finance c/o Clay Chapman<br>Iwamura Pulice & Nervell<br>700 Bishop St., Ste. 2100<br>Columbus, OH 43219 | Chase Home Finance c/o Clay Chapman<br>Iwamura Pulice & Nervell<br>700 Bishop St., Ste. 2100<br>Honolulu, HI 96813-4120 |
| Citi Cards<br>PO Box 6000<br>The Lakes, NV 89163-0001 | Citi Mortgage<br>PO Box 9438<br>Gaithersburg, MD 20898-9438 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Douglas Orton<br>12-7105 Kalaunu Street<br>Pahoa, HI 96778-8034 | ING Bank FSIS c/o Hunt Leibert Jack<br>Kristen Haseney<br>50 Weston<br>Hartford, CT 06120-1504 | IndyMac<br>PO Box 4045<br>Kalamazoo, MI 49003-4045 |
| Kenneth R. Hunt<br>Box 34<br>Keaau, HI 96749-0034 | Kimberli McKay<br>PO Box 492601<br>Keaau, HI 96749-2601 | Office of the U.S. Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813-2830 |
| Wells Fargo Bank c/o Clay Chapman<br>Iwamura Pulice & Nervell<br>700 Bishop St., Ste 2100<br>Honolulu, HI 96813-4120 | Wells Fargo Visa<br>PO Box 3908<br>Glendale, CA 91221-0908 | West Hartford Small Claims<br>28 S. Main St.<br>West Hartford, CT 06107-2406 |
| Beverly Margaret Frederick<br>12-168 Kipuka<br>Keaau, HI 96749 | David C. Farmer<br>David C. Farmer Attorney at Law LLLC<br>P.O. Box 4379<br>Honolulu, HI 96812-4379 | Ramon J. Ferrer<br>Law Office of Ramon J. Ferrer<br>115 E. Lipoa Street, Ste 106<br>Kihei, HI 96753-8182 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta<br>PO Box 30715<br>Salt Lake City, UT 84130 | Discover Financial Services, LLC<br>PO Box 15316<br>Wilmington, DE 19850 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chase Home Finance, LLC                (d)Ramon J. Ferrer                       End of Label Matrix
                                          Law Office of Ramon J. Ferrer            Mailable recipients    23
                                          115 E. Lipoa Street, Ste. 106            Bypassed recipients     2
                                          Kihei, HI 96753-8182                     Total                  25