Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

CONNIE CHOW          8556-0
GARY P. QUIMING      8822-0
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Email:  cchow@awlaw.com ; gquiming@awlaw.com

Attorneys for Secured Creditor
 ING Bank, FSB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>BEVERLY MARGARET FREDERICK<br>dba VELODANZA HEALING ARTS<br><br>　　　　　Debtor. | CASE NO. 10-01498<br>(Chapter 7)<br><br>DATE:  September 8, 2010<br>TIME:   1:30 p.m.<br>JUDGE: The Honorable Robert J. Faris |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2010, a copy of:  (1) Motion for

Relief from Automatic Stay; (2) Declaration of Jennifer Meloro in Support of

Motion for Relief from Automatic Stay; Exhibits "A"-"D"; and (3) Notice of

Hearing was duly served electronically by the U.S. Bankruptcy Court and/or by

depositing said copies in the United States mail, postage prepaid, to the following

parties in the manner so indicated:

847052.02

1

Beverly Margaret Frederick dba
Velodanza Healing Arts
12-168 Kipuka
Keaau, HI 96749

Via U.S. mail

Debtor

Ramon J. Ferrer, Esq.
115 E. Lipoa Street, Suite 106
Kihei, HI 96753

ECF: ramonlawfirm@hotmail.com

Attorney for Debtor

David Farmer
P. O. Box 4379
Honolulu, Hawaii  96812-4379

ECF:  farmerd001@hawaii.rr.com,
and/or farmerd001@gmail.com

Trustee

Office of the U. S. Trustee
United States Bankruptcy Court
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813

ECF:  ustpregion15.hi.ecf@usdoj.gov


DATED:  Honolulu, Hawaii; August 13, 2010.


/s/ Connie Chow
CONNIE CHOW
GARY P. QUIMING
Attorneys for Secured Creditor
  ING Bank, FSB

847052.02

2