**RCO Hawaii, LLLC**
Derek Wong # 4155
900 Fort Street Mall, Suite 305
Honolulu, HI 96813
Phone: (808) 532-0090 Fax: (808) 524-0092
dwong@rcolegal.com

Attorneys for Creditor
Chase Home Finance LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| In Re: | No.: 10-01498 |
|---|---|
| BEVERLY MARGARET FREDERICK | CERTIFICATE OF MAILING RE: NOTICE OF FINAL HEARING |
| DEBTOR | |

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Hawaii that I mailed a true and correct copy of the Notice of Final Hearing for Relief from Stay by Chase Home Finance LLC, via electronic mail on the 25th day of August 2010, to the parties listed below.

United States Trustee
1132 Bishop Street
Honolulu, HI 96813-2830

David C. Farmer
P.O. Box 4379
Honolulu, HI 96812-4379

Ramon J. Ferrer
115 E. Lipoa Street, Ste. 106
Kihei, HI 96753

Certificate of Mailing
Page - 1

**RCO Hawaii, LLLC**
900 Fort Street Mall, Suite 305
Honolulu, HI 96813
Telephone (808) 532-0090 ◆ Facsimile (808) 524-0092

U.S. Bankruptcy Court - Hawaii  #10-01498  Dkt # 45  Filed 08/25/10  Page 1 of 2

I hereby certify under penalty of perjury under the laws of the State of Hawaii that I mailed a true and correct copy of the Notice of Final Hearing for Relief from Stay by Chase Home Finance LLC, postage pre-paid, regular first class mail on the 25th day of August, 2010, to the parties listed below.

DATED this 25th day of August 2010.

/s/ Jennifer Ruebel
Jennifer Ruebel, Assistant to Attorney

Beverly Margaret Frederick
12-168 Kipuka
Keaau, HI 96749

,

,

,

,

Certificate of Mailing
Page - 2

RCO HAWAII, LLLC
900 FORT STREET MALL, SUITE 305
HONOLULU, HI 96813
TELEPHONE (808) 532-0090 ◆ FACSIMILE (808) 524-0092